Case 1:24-cv-01224-ALC   Document 15   Filed 05/08/24   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5/8/2024_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shenzhen Lianxing Industry Co., Ltd, <br><br> Plaintiff, <br> v. <br><br> YYQXWY, and Zhu Danna <br><br> Defendants | Case No. 24-cv-01224 <br><br> Hon. Andrew L. Carter, Jr <br> Hon. James L. Cott |

## CONSENT JUDGMENT

This action has been commenced by Plaintiff, Shenzhen Lianxing Industry Co., Ltd (hereinafter, referred as "Plaintiff") against Defendant, YYQXWY, and Zhu Danna (hereinafter, referred as "Defendant"). Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint.

**THIS COURT HEREBY FINDS** that it has personal jurisdiction over Defendant since Defendant directly targets their business activities towards consumers in the United States, including New York. Specifically, Defendant has targeted sales to New York residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including New York, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products that infringe Plaintiff's patent, registered under United States Patent No. D888,876 S (the "'876 Patent"), to residents of New York.

**THIS COURT FURTHER FINDS** that Defendant is liable for willful patent infringement (35 U.S.C. § 271, *et seq.*).

**IT IS HEREBY ORDERED** that:

1. Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. Making, using, selling, offering for sale, or importing the unauthorized products that infringe the '876 Patent, or any similar product that infringes the '876 Patent, without the express authorization of Plaintiff;

    b. Inducing or contributing to infringement of the '876 Patent by others, including but not limited to enabling, assisting, or encouraging others to make, use, sell, offer for sale, or import the unauthorized products that infringe the '876 Patent;

    c. Engaging in any act that infringes the '876 Patent or contributing to such infringement, thereby damaging Plaintiff's patent rights and its associated goodwill;

    d. Manufacturing, distributing, advertising, or holding for sale any products not authorized by Plaintiff that infringe on the '876 Patent, or assisting others in such activities.

2. Pursuant to the parties' settlement agreement, Defendant shall pay Plaintiff the following amounts in damages:

| Store Name | Seller ID | Associated Email | Platform | Damages Amounts |
|---|---|---|---|---|
| YYQXWY | AKUI9WNQ84XJ8 | timoduizhang911@outlook.com | Amazon | $40,000.00 |
| ZIYANGWENG INC[1] | ARCO4KD3U4WTG | ZIYANGWENGINC@outlook.com | Amazon | $80,000.00 |

---

[1] This store is owned by the defendant, Zhu Danna

(hereinafter, collectively referred as "Damages Amounts")

3. Amazon.com, Inc. ("Amazon") is ordered to transfer the Damages Amounts from Defendant's accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. Upon Amazon's transfer of the Damages Amounts to Plaintiff pursuant to paragraph 2, Amazon shall remove the following ASIN:

| Store Name | Seller ID | Associated Email | Platform | Removed ASIN |
|---|---|---|---|---|
| YYQXWY | AKUI9WNQ84XJ8 | timoduizhang911@outlook.com | Amazon | **B0BV2QT8BY** |
| ZIYANGWENG INC | ARCO4KD3U4WTG | ZIYANGWENGINC@outlook.com | Amazon | **B0CWDM4FNB** |

5. This case is dismissed with leave to reinstate within one hundred and eighty (180) days, at such time, absent a motion to reinstate, shall automatically convert to a dismissal with prejudice.

6. Each party shall bear its own attorney's fees and costs.

7. The motion to seal docketed at ECF No. 13 is **GRANTED**.

IT IS SO ORDERED.

DATED: May  8  , 2024

*/s/ Andrew L. Carter, Jr*

Andrew L. Carter, Jr

Dated: May 8, 2024